

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00418-CV

**IN THE INTEREST OF A.S.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00002
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.). In compliance with the procedure set out in *Anders*, counsel states he has sent copies of the brief and motion to withdraw to appellant and written a letter explaining to appellant his rights to review the record and file a *pro se* brief. *See Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014). Appellant also has the right to file a pro se petition for discretionary review with the Texas Supreme Court if this court determines the appeal is frivolous. *See Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014); *In re R.R.*, 2003 WL 21157944, at *4 (applying *Anders* procedures to parental termination cases). If appellant desires to file a *pro se* brief, we **ORDER** that he do so on or before **September 8, 2014**. If appellant desires to review the appellate record, he must file a written request for access to the record with this court by **August 22, 2014**. The request must be mailed to: Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205. If appellant timely requests access to the record, the deadline to file appellant's *pro se* brief will be reset.

The State has already filed a letter waiving its right to respond to the *Anders* brief filed by appellant's counsel. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court.

We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

We further ORDER the clerk of this court to serve a copy of this order on appellant, his counsel, appellee, and the clerk of the trial court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court